UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE BATTLE<br>6920 100th Avenue<br>Seabrook, MD 20706<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NORMAN Y. MINETA<br>Secretary of Transportation<br>400 7th Street, S.W.<br>Washington, D.C.  20590<br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-1412 (JR)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

　　The Clerk of the Court will please enter the appearance of Oliver W. McDaniel, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　KENNETH L. WAINSTEIN
　　　　　　　　　　　　　　　　　UNITED STATES ATTORNEY
　　　　　　　　　　　　　　　　　D.C. BAR NUMBER 451-058

　　　　　　　　By:　_____
　　　　　　　　　　　　　　　　　OLIVER W. MCDANIEL, D.C. Bar No. 377-360
　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　Civil Division
　　　　　　　　　　　　　　　　　555 4th Street, N.W.
　　　　　　　　　　　　　　　　　Washington, D.C.  20530
　　　	　　　　　　　　　　　　  (202) 616-0739

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of August, 2005, I caused the foregoing Notice of Appearance to be served on Plaintiff, *Pro se*, by the Electronic Court Filing system or, if this means fails, then by mail, postage prepaid, addressed as follows:

**Mr. Lawrence Battle**
**6920 100th Avenue**
**Seabrook, MD 20706**

_____
OLIVER W. MCDANIEL, D.C. BAR # 377360
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 616-0739