## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
### Civil Division

**RECEIVED**

SEP – 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**LAWERENCE BATTLE**
6920 100th Avenue
Seabrook, Maryland
301-731-4268            )
                        )
                        )
                        )

       **Plaintiff**

        v.

**NORMAN Y. MINETA**
Secretary of Transportation
400 7th street, S.W.
Washington, D.C. 20590

       **Defendant**

CIVIL ACTION NUMBER 05-1412(JR)
)
)
)
)
)
)

*Affidavit as*
### ~~NOTICE~~ OF PROOF OF SERVICE

The Clerk of the Court will please enter the notice of proof of service to defendant

in the above-captioned case.

Respectfully submitted,

*Lawerence Battle*
Lawerence Battle
Pro Se
6920 100th Avenue
Seabrook, MD 20706
301-731-4268

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

WASHINGTON DC 20530

| Postage | $ | $1.52 | |
|---|---|---|---|
| Certified Fee | | $2.30 | 0706 07 |
| Return Receipt Fee (Endorsement Required) | | $1.75 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $5.57 | 07/16/2005 |

Sent To U.S. Attorney General
U.S. Department of Justice
Street, Apt. No.; or PO Box No. 950 Pennsylvania Ave. N.W.
City, State, ZIP+4 Washington D.C. 20530

PS Form 3800, June 2002                See Reverse for Instructions

7003 1680 0004 4541 1900

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

WASHINGTON DC 20001

| Postage | $ | $1.52 | |
|---|---|---|---|
| Certified Fee | | $2.30 | 0706 07 |
| Return Receipt Fee (Endorsement Required) | | $1.75 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $5.57 | 07/16/2005 |

Sent To U.S. Attorney for the
District of Columbia
Street, Apt. No.; or PO Box No. 555 4th St. N.W.
City, State, ZIP+4 Washington D.C. 20001

PS Form 3800, June 2002                See Reverse for Instructions

7003 1680 0004 4541 0054

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

WASHINGTON DC 20590

| Postage | $ | $1.52 | |
|---|---|---|---|
| Certified Fee | | $2.30 | 0706 07 |
| Return Receipt Fee (Endorsement Required) | | $1.75 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $5.57 | 07/16/2005 |

Sent To Norman Y. Mineta
Street, Apt. No.; or PO Box No. 400 7th St. S.W.

7003 1680 0004 4541 0047

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:

U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)
   7003 1680 0004 4541 0061

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  5 February 2005

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:

U.S. Attorney for the
District of Columbia
555 4th St NW
Washington, D.C. 20001

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)
   7003 1680 0004 4541 0054

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Norman Y. Mineta
Secretary of Transp.
U.S. Dept. of Transp.
400 7th St SW
Washington, D.C. 20590

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)
   7003 1680 0004 4541 0047

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

UNITED STATES POSTAL SERVICE

| First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Lawerence Battle
6920 100th Avenue
Seabrook, MD 20706

---

UNITED STATES POSTAL SERVICE

| First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Lawerence Battle
6920 100th Avenue
Seabrook, MD 20706





---

UNITED STATES POSTAL SERVICE

| First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Lawerence Battle
6920 100th Ave.
Seabrook, MD 20706