## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LAWERENCE BATTLE** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Civil Action No. 05-1412 (JR)** |
| | ) |
| **NORMAN Y. MINETA,** | ) |
| **Secretary,** | ) |
| **DEPARTMENT OF** | ) |
| **TRANSPORTATION** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

### DEFENDANT'S MOTION FOR AN EXTENSION OF TIME
### WITHIN WHICH TO RESPOND TO THE COMPLAINT,
### AND MEMORANDUM IN SUPPORT THEREOF

The Defendant, in the above-captioned case, through counsel, the United States Attorney for the District of Columbia, hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an extension of time within which to file an answer or other response to the Complaint, from Monday, September 19, 2005, up to and including Wednesday, October 19, 2005. The filing will likely be in the form of a dispositive motion. Plaintiff, *Pro se*, indicated that he did not concur with this motion.

This extension of time is necessitated because litigation demands in other cases have consumed an extensive amount of time and have precluded, and will preclude, Counsel for the Defendant from devoting the time necessary to complete a response to the Complaint in this case by the due date. Specifically and most prominently, Counsel has two briefs due in the D.C. Circuit, in the cases of Richardson v. Powell, Appeal No. 04-5372 and Negley v, FBI, 04-5348 on September 16, 2005. In addition, Counsel has discovery and mediation obligations in other cases, including

Pantazes v. Jackson, C.A. No. 04-1056 (ESH), Johnson, et al. v. D.C., et. al., C.A. No. 02-2364

(RMC) and Davis v. Gonzalez, C.A. No. 03-2531 (RBW).  Further, Counsel has another brief due

in the appeal of Smalls v. United States, et al., App. No. 05-5052 due on September 26, 2005.

Moreover, Counsel for the Defendant needs additional time to obtain and digest a somewhat

extensive administrative record in this matter.

WHEREFORE, Defendant submits that his Motion for an Extension of Time to File A

Response to the Complaint should be granted.


Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
D.C. BAR NUMBER 451-058


By:    _____
       OLIVER W. MCDANIEL, D.C. Bar No. 377-360
       Assistant United States Attorney
       Civil Division
       555 4th Street, N.W.
       Washington, D.C.  20530
       (202) 616-0739

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of September, 2005, I caused the foregoing Defendant's

Motion for an Extension of Time to File A Response to the Complaint to be served on Plaintiff *Pro*

*se* by the Electronic Court Filing system, to the extent that he has access, and by mail, postage

prepaid, addressed as follows:

**Mr. Lawerence Battle**
**6920 100th Avenue**
**Seabrook, MD 20706**

_____
OLIVER W. MCDANIEL, D.C. BAR # 377360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C.  20530
(202) 616-0739