UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Lawerence Battle** ) | |
| ) | |
| Plaintiff ) | |
| ) | Civil Action No: 05-1412 (JR) |
| v. ) | |
| ) | |
| **Norman Y. Mineta** ) | |
| **Secretary of Transportation** ) | |
| ) | |
| Defendant, ) | |
| ) | |

### ORDER

UPON CONSIDERATION of plaintiff's September 19, 2005, motion to deny defendant's motion for an extension of time to respond to complaint; and default judgment for defendant's failure to answer within 60 days as required and the entire record herein, it is this ____ day of _____, _____, hereby

ORDERED, that Plaintiff's motion is hereby GRANTED.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Lawerence Battle
6920 100th Avenue
Seabrook, MD 20706

Oliver W. McDaniel
Assistant U.S. Attorney
555 Fourth Street, N.W., Room 10-108
Washington, D.C. 20530