UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Lawerence Battle**        ) | |
|                **Plaintiff**    ) | |
|                           ) | Civil Action No: 05-1412 (JR) |
|    **v.**        ) | |
| **Norman Y. Mineta**        ) | |
| **Secretary of Transportation**    ) | |
|               **Defendant,**    ) | |

### ORDER

UPON CONSIDERATION of plaintiff's September 19, 2005, motion to deny defendant's motion for an extension of time to respond to complaint; and default judgment for defendant's failure to answer within 60 days as required and the entire record herein, it is this _____ day of _____, _____, hereby

ORDERED, that Plaintiff's motion is hereby GRANTED.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Lawerence Battle
6920 100th Avenue
Seabrook, MD 20706

Oliver W. McDaniel
Assistant U.S. Attorney
555 Fourth Street, N.W., Room 10-108
Washington, D.C. 20530