UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Lawerence Battle )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>Norman Y. Mineta )<br>Secretary of Transportation )<br>)<br>Defendant, )<br>_____ ) | Civil Action No: 05-1412 (JR) |

### PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS [8]

Comes now, Lawerence Battle Plaintiff in the above styled matter, moves the honorable court PURSUANT TO the Federal Rules of Civil Procedure, for an extension of time (30 days) within to file a response to Defendant's Motion to Dismiss [8] from Thursday November 24, 2005, up to and including December 24, 2005. The response will likely include a Summary Judgment motion supported by documentary material evidence. Defendant, AUSA Oliver McDaniel indicated that he concur with this motion.

The extension of time is needed for Plaintiff to review the complete administrative record in this matter, which is extensive; to compose pertinent factual documentary material evidence which disputes Defendants' statements claimed in its motion to dismiss; and permit Plaintiff to provide factual background information supported by documentary material evidence for this court to compare and/or contrast with Defendant's statements in its Motion to Dismiss. These critical documents are not hearsay information many are Defendant's own affidavits, responses and other official



NOV - 8 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

government records submitted by Federal Aviation Administration officials that contradicts Defendants' statements in its Motion to Dismiss.

Respectfully submitted,

Lawerence Battle, Pro Se
6920 100th Avenue
Seabrook, MD 20706
301-731-4268

## CERTIFICATION OF SERVICE

I CERTIFY THAT ON December 8, 2005, I caused the foregoing Plaintiff's Motion for an extension of time to File a Response to Defendant's Motion to Dismiss to be served on Defendant by first class mail, addressed as follows:

OLIVER W. MCDANIEL
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530

2