## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWERENCE BATTLE | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) **Civil Action No. 05-1412 (JR)** |
| | ) |
| NORMAN Y. MINETA, | ) |
| Secretary, | ) |
| DEPARTMENT OF | ) |
| TRANSPORTATION | ) |
| | ) |
| **Defendant.** | ) |
| —————————————————— | ) |

### CONSENT MOTION FOR AN EXTENSION OF TIME TOFILE
### A REPLY IN SUPPORT OF DEFENDANT's MOTION TO DISMISS,
### AND MEMORANDUM IN SUPPORT THEREOF

The Defendant, in the above-captioned case, through counsel, the United States Attorney for the District of Columbia, hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an extension of time to file a Reply Memorandum in support of its Motion to Dismiss to January 12, 2006. Plaintiff indicated his assent to this extension in exchange for Defendant's consent to his requested, and now granted, extension of time until December 24, 2005, to file his opposition to Defendant's Motion to Dismiss.

This extension of time is necessitated because Counsel for the Defendant has been and will be consumed with litigation demands in other cases that will preclude a timely filed dispositive motion in this matter. Specifically, among numerous responsibilities that include discovery and mediation, Counsel for Appellee has had to prepare for and deliver an oral argument before the D.C. Circuit in the case of Negley v. FBI, Appeal No. 04-5348, file a supplemental Vaughn declaration in the case of Maydak v. DOJ, C.A. No. 00-562 (RBW), deliver an oral argument before the D.C.

Circuit in the case of <u>Richardson v. Powell</u>, Appeal No. 04-5372, and will have to file a reply memorandum in the case of <u>Canadian Commerical Corp., <i>et al</i> v. Air Force</u>, C.A. No. 04-1189 (JDB), and submit a substantial <u>Vaughn</u> index in the case of <u>Wilderness Society, et al. v. Dept. of the Interior, et al.</u>, C.A. No. 04-0650 (CKK) and a number of dispositive motions to file in appeal cases, among other responsibilities.  Given the upcoming holidays, Counsel for the Defendant also has scheduled vacation during this period.  These and other responsibilities have consumed and will consume time available to devote to the opposition in this case so that Counsel will be unable to file before January 6, 2006.

WHEREFORE, Defendant submits that his Consent Motion for an Extension of Time to File A Reply in Support of his Motion to Dismiss should be granted.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
D.C. BAR NUMBER 451-058

By: _____
OLIVER W. MCDANIEL, D.C. Bar No. 377-360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C.  20530
(202) 616-0739

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of December, 2005, I caused the foregoing Defendant's

Consent Motion for an Extension of Time to File A Reply in Support of his Motion to Dismiss to

be served on Plaintiff *Pro se* by the Electronic Court Filing system, to the extent that he has access,

and by mail, postage prepaid, addressed as follows:

**Mr. Lawerence Battle**
**6920 100th Avenue**
**Seabrook, MD 20706**

_____
OLIVER W. MCDANIEL, D.C. BAR # 377360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C.  20530
(202) 616-0739