### *UNITED STATES DISTRICT COURT*
### *FOR THE DISTRICT OF COLUMBIA*

| | |
|---|---|
| **LAWERENCE BATTLE ,**<br>    **Plaintiff(s)**,<br><br>             vs.<br><br>**NORMAN Y. MINETA**<br>    **Defendant(s).** | **Civil Case No.**  05-cv-01412-JR |

## NOTICE REGARDING EXHIBIT

Pursuant to the procedures for filing documents electronically, as outlined in the previous Order of the Court, this Notice serves as notification that Exhibits A and B to Plaintiffs Opposition to Defendants Motion to Dismiss (docket entry #12) have been filed in paper form in a the Clerk's Office.  They are available for public viewing  and copying between the  hours of 9:00 a.m. and  4:00 p.m., Monday through Friday.

                                              **NANCY MAYER-WHITTINGTON**

                                                             Clerk

                                                         Laura Chipley

December 29, 2005