UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWERENCE BATTLE )<br>)<br>    **Plaintiff,** )<br>)<br>    v.    ) Civil Action No. 05-1412 (JR)<br>)<br>NORMAN Y. MINETA, )<br>Secretary, )<br>DEPARTMENT OF )<br>TRANSPORTATION )<br>)<br>    **Defendant.** )<br>_____ ) | |

**SECOND MOTION FOR AN EXTENSION OF TIME TO FILE
A REPLY IN SUPPORT OF DEFENDANT's MOTION TO DISMISS,
AND OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

The Defendant, in the above-captioned case, through counsel, the United States Attorney for the District of Columbia, hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an extension of time to file a consolidated legal memorandum both as a reply brief in further support of his Motion to Dismiss and as an opposition to Plaintiff's motion for summary judgment, from today, January 12, 2006, up to and including January 20, 2006.  Plaintiff, *Pro se*, indicated that he does not concur with this extension.

This extension of time is necessitated in major part by the fact that at the time that Counsel for the Defendant filed the first motion for an extension, he had not, and reasonably could not have, anticipated that Plaintiff, *Pro se*, would file a massive combined opposition and motion for summary judgment.  This unanticipated filing far exceeds the 45-page limit of Local Rule 7 (e), and Plaintiff did not seek leave to file this mammoth document that was accompanied by two books of exhibits.  Notwithstanding its size, Counsel for the Defendant is well on his way to completing a reply and opposition.  However, out of an abundance of caution, Counsel for the Defendant seeks additional

time in an effort to insure that all material issues have been addressed. Moreover, in the course of briefing, Counsel for the Defendant identified an issue that requires further investigation and support by agency counsel. Accordingly, Defendant seeks an extension until January 20, 2006, to permit the completion of this task.

Further, this calendar-week extension is necessitated by the fact that Counsel for the Defendant must file a substantial Vaughn index in the case of Wilderness Society, et al. v. Dept. of the Interior, et al., C.A. No. 04-0650 (CKK), and motions for summary affirmance in the cases of Patterson v. Johnson, Appeal No. 05-5415 and, ironically, Battle v. Mineta, Appeal No. 05-5413. These and other responsibilities have consumed and will consume time available to devote to the reply and opposition in this case so that Counsel will be unable to file before January 20, 2006.

WHEREFORE, Defendant submits that his Motion for an Extension of Time to File A Reply in Support of his Motion to Dismiss and Opposition to Plaintiff's Motion for Summary Judgment should be granted.

Respectfully submitted,

KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

OLIVER W. McDANIEL, D.C. Bar #377360
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of January, 2006, I caused the foregoing Defendant's Second Motion for an Extension of Time to File A Reply in Support of his Motion to Dismiss and Opposition to Plaintiff's Motion for Summary Judgment, to be served on Plaintiff *Pro se* by the Electronic Court Filing system, to the extent that he has access, and by mail, postage prepaid, addressed as follows:

**Mr. Lawerence Battle**
**6920 100th Avenue**
**Seabrook, MD 20706**

                                                    _____
OLIVER W. MCDANIEL, D.C. BAR # 377360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-0739