UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Lawerence Battle ) | |
| ) | |
| Plaintiff ) | |
| ) | Civil Action No: 05-1412 (JR) |
| v. ) | |
| ) | |
| Norman Y. Mineta ) | |
| Secretary of Transportation ) | |
| ) | |
| Defendant, ) | |
| ) | |

### PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AND OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Comes now, Lawerence Battle Plaintiff in the above styled matter, moves the honorable court PURSUANT TO the Federal Rules of Civil Procedure, for an extension of time to February 24, 2006, within to file a reply to Defendant's Motion to reply in support of Defendant's motion to dismiss and opposition to Plaintiff's motion for summary judgment. Defendant, AUSA Oliver McDaniel indicated that he concur with this motion. Defendant requested a second motion for an extension of time to file its reply in support of Defendant's motion to dismiss, and opposition to Plaintiff's motion for summary judgment up to and including January 20, 2006. Defendant's motion was granted.

As of today, February 1, 2006, Plaintiff has not been served with a copy of Defendant's motion to dismiss and opposition to Plaintiff's motion for summary judgment, dated January 20, 2006. The extension of time is needed for Plaintiff to obtain, review and respond to Defendant's Motion in support of Defendant's motion to dismiss and opposition to Plaintiff's motion for summary judgment.

RECEIVED
FEB 0 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Wherefore, Plaintiff request that his motion for an extension of timer to obtain, review and respond to Defendant's motion to dismiss and opposition to Plaintiff's motion for summary judgment be granted.

Respectfully submitted,

*Lawerence Battle*

Lawerence Battle, Pro Se
6920 100th Avenue
Seabrook, MD 20706
301-731-4268

## CERTIFICATION OF SERVICE

I CERTIFY THAT ON February 1, 2006, I caused the foregoing Plaintiff's Motion for an extension of time to File a Response to Defendant's Motion to Dismiss and opposition to Plaintiff's motion for summary judgment to be served on Defendant by first class mail, addressed as follows:

OLIVER W. MCDANIEL
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530