Office of Workers' Compensation Programs

The following request for information is authorized by law (5 USC 8101 et. seq.). Benefits and/or medical services expenses may not be paid or may be subject to suspension under this program unless this report is completed and filed as requested. Information collected will be handled and stored in compliance with the Freedom of Information Act, the Privacy Act of 1974 and OMB Cir. No. A-108.

OMB No.: 1215-0103
Expires   10-31-94

## PART A - AUTHORIZATION

**1. Name and Address of the Medical Facility or Physician Authorized to Provide the Medical Service:**

H.J.D. (Dick) Brown, PHD.
9055 Shady Grove Court
Gaithersburg, MD 20877

**2. Employee's Name (last, first, middle):** BATTLE LAWRENCE

**3. Date of injury (mo. day, yr.):** 8-5-95

**4. Occupation:** ANALYST

**5. Description of Injury or Disease:**

STRESS

6. You are authorized to provide medical care for the employee for a period of up to sixty days from the date shown in item 11, subject to the conditions stated in item A, and to the condition indicated either 1 or 2, in item B.

A. Your signature in item 35 of Part B certifies your agreement that all fees for services shall not exceed the maximum allowable fee established by OWCP and that payment by OWCP will be accepted as payment in full for said services.

B. ☐ 1. Furnish office and/or hospital treatment as medically necessary for the effects of this injury. Any surgery other than emergency must have prior OWCP approval.

☒ 2. There is doubt whether the employee's condition is caused by an injury sustained in the performance of duty, or is otherwise related to the employment. You are authorized to examine the employee using indicated non-surgical diagnostic studies, and promptly advise the undersigned whether you believe the condition is due to the alleged injury or to any circumstances of the employment. Pending further advice you may provide necessary conservative treatment if you believe the condition may be due to the injury or to the employment.

**7.** If Disease or Illness is Involved, OWCP Approval for Issuing Authorization was Obtained from: (Type Name and Title of OWCP Official)

**8. Signature of Authorizing Official:** [signature]

**9. Name and Title of Authorizing Official:** (Type or print clearly)
MANAGER, STRATEGIC REQUIREMENTS
ARX-100

**10. Local Employing Agency Telephone Number:** 202 366-9398

**11. Date (mo., day, year):** 9-11-95

**12. Send one copy of your report:** (Fill in remainder of address)

U.S. DEPARTMENT OF LABOR
Employment Standards Administration
Office of Workers' Compensation Programs
800 N. CAPITOL ST. N.W.
RM. 800
WASHINGTON D.C. 20211

**13. Name and Address of employee's Place of Employment:**
Federal Aviation Administration

Department of Agency
STRATEGIC REQUIREMENTS DIVISION
ARX-100

Bureau or Office

Local Address (including ZIP Code)
400 7TH ST SOUTH WEST
WASHINGTON, DC 20570

### Public Burden Statement

We estimate that it will take an average of 30 minutes to complete this collection of information, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding these estimates or any other aspect of this collection of information, including suggestions for reducing this burden, send them to the Office of IRM Policy, U.S. Department of Labor, Room N1301, 200 Constitution Avenue, N.W., Washington, D.C. 20210 and to the Office of Management and Budget, Paperwork Reduction Project (1215-0103), Washington, D.C. 20503.

Form CA-16