

U.S. Department
of Transportation
**Federal Aviation
Administration**

800 Independence Ave, SW
Washington, DC 20591

JUN 29 1999

Mr. Lawerence Battle
6920 100 Avenue
Seabrook, Maryland  20706

Dear Mr. Battle:

The purpose of this letter is to respond to your letter of June 24, requesting administrative leave pending a determination of your request for a transfer.

The medical material you have submitted has been reviewed by our Agency Medical Officer. He has determined, in agreement with your treating psychologist, Dr. Brown, that your medical condition prevents you from performing your duties.

Pending our determination of your request for transfer, we will grant you continued sick leave based on your medical condition. Administrative leave is not appropriate under these circumstances.

We will respond to your request for transfer as soon as possible.

Sincerely,

*[signature]*

Jack Phillips
Manager, Strategic Requirements