

# NOTICE

| Number |
|---|
| 915.002 |

| Date |
|---|
| 3-25-97 |

L/32

1. **SUBJECT**: EEOC Enforcement Guidance on the Americans with Disabilities Act and Psychiatric Disabilities

2. **PURPOSE**: This enforcement guidance sets forth the Commission's position on the application of Title I of the Americans with Disabilities Act of 1990 to individuals with psychiatric disabilities.

3. **EFFECTIVE DATE**: Upon receipt.

4. **EXPIRATION DATE**: As an exception to EEOC Order 205.001, Appendix B, Attachment 4, § a(5), this Notice will remain in effect until rescinded or superseded.

5. **ORIGINATOR**: ADA Division, Office of Legal Counsel.

6. **INSTRUCTIONS**: File after Section 902 of Volume II of the Compliance Manual.

_3-25-97_
Date

_[signature]_
Gilbert F. Casellas
Chairman

The subject Enforcement Guidance is available on the bbs and may be downloaded from the OLC Library under the file name "PSYCH.ADA."

DISTRIBUTION: CM Holders

REVISED EEOC FORM 136 (6/91)    PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE AND MUST NOT BE USED

**INDEX**

Conduct Standards.................................................................................29-32
    Medication....................................................................................32
    Reasonable Accommodation.....................................................30-32
Confidentiality......................................................................................17-18
Direct Threat........................................................................................33-36
Disability (Definition of).........................................................................2-12
Disability-Related Questions and Medical Examinations...................13-17
    Pre-Offer (Application Stage)......................................................13-15
    Post-Offer/Preemployment..............................................................15
    Employment..................................................................................15-17
Disclosure of Disability...............................................................................12
Illegal Use of Drugs.....................................................................................3
Impairment (Mental)................................................................................2-4
    Conditions That Are Not Impairments...........................................3, 4
    Personality Traits and Behaviors........................................................4
Major Life Activities (In General)................................................................5
    Caring For Oneself.......................................................................5, 12
    Concentrating............................................................................5, 10-11
    Interacting With Others..................................................................5, 10
    Learning.............................................................................................5
    Performing Manual Tasks..................................................................5
    Sleeping......................................................................................5, 11-12
    Speaking............................................................................................5
    Thinking.............................................................................................5
    Working..............................................................................................5
Medications......................................................................6-8, 27-28, 32, 34
    As Mitigating Measure............................................................6-8, 9, 12
    Effect on Direct Threat Determination............................................34
    Effect on Misconduct........................................................................32
    Reasonable Accommodation......................................................27-28
Professional Licensing..............................................................................36
Reasonable Accommodation..........................................13-15, 18, 19-28
    Conduct Standards......................................................................30-32
    Documenting Need for Reasonable Accommodation................22-23
    Equipment........................................................................................25
    Job Coach........................................................................................27
    Modifying a Workplace Policy....................................................25-26
    Physical Changes............................................................................25
    Reassignment..................................................................................28

    Request for Reasonable Accommodation..................................19-21
    Supervisory Methods..........................................................26-27
    Time Off/Modified Work Schedule.........................................24-26
Substantial Limitation of Major Life Activities.................................5, 6-12
    Chronic, Episodic Disorders...................................................9