**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LAWERENCE BATTLE, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 05-1412 (JR) |
| | : |
| NORMAN Y. MINETA, Secretary, | : |
| Department of Transportation. | : |
| | : |
| Defendant. | : |

## ORDER

For the reasons set forth in the accompanying memorandum, defendant's motion to dismiss [8] is **granted**. It is **SO ORDERED**.

JAMES ROBERTSON
United States District Judge
