EXHIB 1



U.S. Department
of Transportation
**Federal Aviation
Administration**

Assistant Administrator for
Human Resource Management

800 Independence Ave., SW.
Washington, DC 20591

AUG 2 8 2006

Mr. Lawerence Battle
6920 100th Avenue
Seabrook, MD 20706

Dear Mr. Battle:

Privacy Act Request

This is in response to your request for information under the Privacy Act. In your letter, you asked for a copy of all disciplinary and adverse actions taken against you by the Federal Aviation Administration (FAA) from March 1, 1997 through February 20, 2000.

Since you have not been employed with FAA for 6 ½ years, many documents have been discarded since they were no longer needed. The following is supplied in response to your request.

1. The FAA's Washington Headquarters no longer has custody of your performance evaluations. These documents were contained in your employee performance folder (EPF) that was sent to the Shared Service Center (SSC) in Atlanta, Georgia. The SSC has the responsibility to forward your records to the National Records Center in St. Louis, Missouri.

2. No such records could be located.

3. No such records could be located.

4. No such records could be located.

5. No such records could be located.

6. No such documents could be located.

7. No such documents could be located.

8. If this document exists, it would have been enclosed in your EPF.

9. If this document exists, it may have been enclosed in your EPF.

10. The only leave slips, SF-71, that could be located are in the Guaranteed Fair Treatment (GFT) appeal case file which was sent to you on May 1, 2000.

11. A letter dated August 20, 1998 could not be located. Your representative at the GFT hearing, Madonna A. McGwin, included the June 29, 1999 memorandum in the package she

submitted to the FAA in response to the proposed removal. The requested memorandum is contained in the GFT case file which was mailed to you on May 1, 2000.

12. Documents supplied by you from Dr. Brown were contained in the GFT appeal file that was mailed to you on May 1, 2000. No documents from Dr. Schulman could be located.

13. No records could be located that are responsive to this request.

14. You may contact the Department of Labor to request any documents related to your worker's compensation claim.

15. You may contact the Office of Personnel Management to request any documents related to your disability retirement.

16. Since you were not or are not a qualified person with a disability, a job search was not required or necessary; therefore, no search was conducted.

You may contact the National Records Center at:

> National Personnel Records Center
> 111 Winnebago Street
> St. Louis, MO 63118
> www.nara.gov

We trust this information is helpful.

Sincerely,

Ventris C. Gibson
Assistant Administrator for
Human Resource Management