EXHIBIT 2



U.S. Department
of Transportation
**Federal Aviation
Administration**

Assistant Administrator for
Human Resource Management

800 Independence Ave. SW
Washington, DC 20591

MAY 2 4 2005

CERTIFIED MAIL-RETURN RECEIPT
REQUESTED

Mr. Lawerence Battle
6920 100th Avenue
Seabrook, MD 20706

Dear Mr. Battle:

FOIA Request Number: 2005-3989

This is in response to your request for information under the Freedom of Information Act (FOIA). In your letter, you requested any information relating the Federal Aviation Administration's (FAA) uniform standardized policy, procedure, and guideline on bringing employees back to work that are or were receiving the Office of Workers' Compensation (OWCP) benefits, including any correspondence.

FAA does not have formal policy, procedure, and guidelines on returning individuals to work from the Department of Labor's (DOL) workers' compensation rolls. We abide by all regulations and procedures as set forth by DOL and the Office of Personnel Management (OPM). Regulations from those agencies may be obtained by contacting them directly.

While FAA has no formal policies and procedures, we have distributed the Supervisor's Manual for Workers' Compensation, which spells out how the OWCP program works and what managers' responsibilities are in administering the program for their injured employees. A copy of the manual is included for your reference. In regards to your request for routing slips, notes, memoranda, e-mail, voicemail, etc., please note that policy and procedure is not set forth through this type of documentation in the FAA. Policy and regulation is established through formal memoranda and orders, and as mentioned above we abide by DOL's and OPM's regulations and procedures and therefore have not issued any specific or formal FAA orders in this regard.

The Freedom of Information Reform Act of 1986 authorizes agencies to assess reasonable charges for document searches and duplication of records associated with the processing of FOIA requests. The cost to process your request was under $10.00. Therefore, there is no charge to you for the processing of this request.

2

The undersigned is responsible for this "partial no records" determination. You may request reconsideration of the determination by writing to the Assistant Administrator for Regions and Center Operations, ARC-1, 800 Independence Avenue, SW., Washington, DC 20591. Your request must be in writing, must be received within 30 days from the date of your receipt of this letter, and must include all information and arguments relied upon.

Sincerely,

Ventris C. Gibson
Assistant Administrator for
Human Resource Management

Enclosure



# Restoration Rights of Federal Employees Who Sustain Job-Related Injuries or Illnesses

This fact sheet provides Federal employees with a general overview of their restoration rights under section 8151, of Title 5, United States Code, following full or partial recovery from a compensable injury.

## Introduction

The Federal Employee's Compensation Act (FECA) provides workers' compensation benefits to Federal employees who sustain job-related injuries or illnesses. The law also guarantees employees certain job rights upon recovery. Upon their return to work, employees will be treated as though they had never left for purposes of rights and benefits based upon length of service.

The law assigns a dual responsibility to the Department of Labor's Office of Workers' Compensation Programs (OWCP) and to the U.S. Office of Personnel Management (OPM). OPM administers the restoration rights provision of the law. OWCP administers all other aspects of the law.

## Who Is Covered?

Virtually all Federal employees (including employees in the legislative and judicial branches), except those serving under time-limited appointment, have restoration rights upon full or partial recovery from a job-related injury or illness.

## Eligibility For Restoration

To be eligible for restoration, the employee must have been receiving benefits from OWCP (or have been eligible for OWCP benefits).

NOTE: Receipt of a "schedule award" which OWCP pays to an injured worker for permanent impairment of a specified member, function, or organ of the body (e.g., an arm, foot, lung, or loss of vision or hearing) does not necessarily mean the individual has recovered for purposes of restoration rights. It only means that part of the body has reached maximum medical improvement. Restoration rights for full recovery are triggered when compensation is terminated on the basis of medical evidence that the employee no longer has residual limitations from the injury and can return to the former job without limitations.

## Disability Retirement

Disability retirement and injury compensation are governed by two separate laws and

7/18/00

Mr. Battle

Per your instruction, the attached information regarding restoration rights is being provided to you via FedEx.

V/r
D or

| | eneral Info | Print Info |
|---|---|---|

## Restoration Rights  Job-Related
## Injuries or Illness

This fact sheet provide ... of their restoration
rights under section 81... full or partial
recovery from a compensable injury.

### Introduction

The Federal Employee's Compensation Act (FECA) provides workers' compensation benefits to Federal employees who sustain job-related injuries or illnesses. The law also guarantees employees certain job rights upon recovery. Upon their return to work, employees will be treated as though they had never left for purposes of rights and benefits based upon length of service.

The law assigns a dual responsibility to the Department of Labor's Office of Workers' Compensation Programs (OWCP) and to the U.S. Office of Personnel Management (OPM). OPM administers the restoration rights provision of the law. OWCP administers all other aspects of the law.

### Who Is Covered?

Virtually all Federal employees (including employees in the legislative and judicial branches), except those serving under time-limited appointment, have restoration rights upon full or partial recovery from a job-related injury or illness.

### Eligibility For Restoration

To be eligible for restoration, the employee must have been receiving benefits from OWCP (or have been eligible for OWCP benefits).

NOTE: Receipt of a "schedule award" which OWCP pays to an injured worker for permanent impairment of a specified member, function, or organ of the body (e.g., an arm, foot, lung, or loss of vision or hearing) does not necessarily mean the individual has recovered for purposes of restoration rights. In only means that part of the body has reached maximum medical improvement. Restoration rights for full recovery are triggered when compensation is terminated on the basis of medical evidence that the employee no longer has residual limitations from the injury and can return to the former job without limitations.

### Disability Retirement

Disability retirement and injury compensation are governed by two separate laws and