6920 100th Avenue
Seabrook, MD 20706
October 30, 2006

Judge James Robertson
U.S. District Court
For the District of Columbia
Civil Division, Room 6315
333 Constitution Avenue, N.W.
Washington, D.C. 2001

Re: Civil Action No: 05-1412 (JR)

Honorable Judge Robertson:

Your Honor, I request an extension of 60 days on the time I have to file an appeal on the September 28, 2006, decision issued in the above reference number civil action case.

The reason for an extension is because I did not receive a copy of the decision mailed to me via regular mail. On October 6, 2006, I filed with this court supplementary information that supported my motion for summary judgment, I was not aware that a decision had been issued on September 28, 2006.

After filing my October 6, 2006, document, I received a response from defendant dated October 11, 2006, wherein Defendant responded to this court regarding my October 6, supplementary information requesting that Plaintiff's submission be stricken as moot, given this court's September 28, 2006 memorandum opinion and order granting Defendant's motion to dismiss.

Please mail me a copy of the Court's Decision dated September 28, 2006, to the above address. Again, I request this Court to grant me an extension of 60 days to appeal the decision dated September 28, 2006, which I have not received my mail copy.

Respectfully submitted,

Lawerence Battle
Plaintiff, Pro Se

11/2/06
Let this be filed.
James Robertson
USDJ