UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
LAWERENCE BATTLE,                  :
                                   :
        Plaintiff,                 :
                                   :
    v.                             :  Civil Action No. 05-1412 (JR)
                                   :
NORMAN Y. MINETA, Secretary,       :
Department of Transportation.      :
                                   :
        Defendant.                 :
```

**ORDER**

Plaintiff's letter request for an extension of time to appeal this Court's order of September 28, 2006, was made well within the 60-day period allowed for an appeal in a case involving the government, F.R.App.P. 4(a)(1)(B), and will be deemed the ex parte motion contemplated by F.R.App.P. 4(a)(5)(B). The motion is **granted**, but, pursuant to F.R.App.P. 4(a)(5)(C), the extension cannot be for more than 30 days after the prescribed time. Plaintiff's time to appeal is extended to and including **December 27, 2006.** The Clerk is directed to mail another copy of the memorandum and order of September 28, 2006 [Dkt.#20, #21] to plaintiff at 6920 100th Avenue, Seabrook, MD 20706.

JAMES ROBERTSON
United States District Judge